UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

PIERRO L. JACKSON

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-167  (GHL)

Lionel Hector, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] as to count(s) 1

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Intoxicated, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.2 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:  February 29, 2008**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500.00 and special assessment of $25.00.  Total amount of the fine and special assessment amounts to $525.00, payable on or before September 11, 2008.  Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** Count Two of the Information is dismissed on motion of the United States.

     June 11, 2008
Date of Imposition of Sentence


     June 13, 2008
DATE SIGNED

George H. Lowe
United States Magistrate Judge